## United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CLINTON COURT DEVELOPMENT LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-1482225** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**22 WEST 38TH STREET**<br>**12TH FLOOR**<br>**NEW YORK, NY**<br>ZIP CODE **10018** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**NEW YORK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**525 CLINTON AVENUE/508 WAVERLY AVENUE BROOKLYN, NY**   ZIP CODE **11238**

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CLINTON COURT DEVELOPMENT LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br><br>**CLINTON COURT DEVELOPMENT LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X   **Not Applicable** _____  
     Signature of Debtor

X   **Not Applicable** _____  
     Signature of Joint Debtor

_____  
Telephone Number (If not represented by attorney)

_____  
Date

X   **Not Applicable** _____  
     (Signature of Foreign Representative)

_____  
(Printed Name of Foreign Representative)

_____  
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X _____  
Signature of Attorney for Debtor(s)

**ROBERT R. LEINWAND**   **Bar No.** _____  
Printed Name of Attorney for Debtor(s) / Bar No.

**ROBINSON BROG LEINWAND GREENE ET AL.**  
Firm Name

**875 THIRD AVENUE 9TH FLOOR**  
_____  
Address

**NEW YORK, NY 10022**  
_____

**212-603-6300**  
_____  
Telephone Number

10/5/11  
_____  
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**  
_____  
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____  
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____  
Address

_____

X   **Not Applicable** _____  
_____  
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____  
Signature of Authorized Individual

**DAVID WEISS**  
_____  
Printed Name of Authorized Individual

**MANAGER**  
_____  
Title of Authorized Individual

10/5/11  
_____  
Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:                                              Chapter 11

**CLINTON COURT DEVELOPMENT LLC,**                  Case No.

                         Debtor.

-----------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

I, the undersigned, Manager of **Clinton Court Development LLC** ("Company"), do

hereby certify that the following resolutions were adopted and recorded in the Minute Book

of the Company on ~~5/1 15~~ , 2011, and they have not been modified or rescinded, and

are still in full force and effect:

> **"RESOLVED,** that in the judgment of the Company it is
> desirable and in the best interest of the Company, its creditors,
> members and other interested parties, that a petition be filed by
> the Company for relief under Chapter 11 of title 11 of the
> United States Code (the "Bankruptcy Code"); and it is further

> **"RESOLVED,** that the form of petition under Chapter
> 11 presented to this meeting is approved and adopted in all
> respects, and that David J. Weiss, as Manager of the Company,
> is authorized to execute and verify a petition substantially in
> such form and to cause the same to be filed with the United
> States Bankruptcy Court for the Southern District of New York
> at such time as he shall determine; and it is further

> **"RESOLVED,** that David J. Weiss, as Manager of the
> Company, is authorized to execute and file all petitions,
> reorganization schedules, lists and other papers and to take any
> and all other actions which he may deem necessary or proper in
> connection with such Chapter 11 case, and, in that connection,
> that the firm of Robinson Brog Leinwand Greene Genovese &
> Gluck P.C. be retained and employed as legal counsel for the
> Company under a general retainer, in addition to such special
> counsel as may hereafter become necessary or proper with a
> view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this _3ʳᵈ_ day of _October_ , 2011.

_____
**David J. Weiss, Manager**

# United States Bankruptcy Court
## Southern District of New York

In re CLINTON COURT DEVELOPMENT LLC _____,    Case No. _____

Debtor    Chapter __11__ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 17,200,000.00 | | |
| B - Personal Property | YES | 2 | $ 10,000.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 5 | | $ 42,264,514.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $ 5,082,635.65 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 22 | $ 17,210,000.00 | $ 47,347,150.22 | |

In re:  CLINTON COURT DEVELOPMENT LLC        Case No. _____

                            Debtor                                     (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| REAL PROPERTY LOCATED AT: 508 WAVERLY AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 38 | Fee Owner | | $ 500,000.00 | $ 500,000.00 |
| NOTE:    VALUE OF BOTH PARCELS OF PROPERTY IS ESTIMATED AND SUBJECT TO APPRAISAL/VALUATION BY A COURT OF COMPETENT JURISDICTION. | | | | |
| REAL PROPERTY LOCATED AT: 525 CLINTON AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 12 | Fee Owner | | $16,700,000.00 | $41,764,514.57 |
| NOTE:    AGGREGATE AMOUNT OF SECURED DEBT IS $42,264,514.57.  THE TD BANKNORTH OBLIGATIONS ARE SECURED BY 4 SEPARATE MORTGAGES WHICH GRANT TD BANKNORTH LIENS ON BOTH PARCELS OF REAL PROPERTY. | | | | |

Total   ➢   $17,200,000.00

(Report also on Summary of Schedules.)

In re  **CLINTON COURT DEVELOPMENT LLC**_____,  Case No. _____
                                                                            (If known)
                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **MISCELLANEOUS FURNITURE AND FIXTURES LOCATED AT 525 CLINTON AVENUE AND 508 WAVERLY AVENUE, BROOKLYN, NY** | | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **CLINTON COURT DEVELOPMENT LLC**                    ,        Case No. _____
                                         Debtor                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

           _1_    continuation sheets attached        Total ＞    **$ 10,000.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re    CLINTON COURT DEVELOPMENT LLC                    ,          Case No. _____
                                                                                      (If known)
            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  004000110167739001 | X | | **Mortgage** | | | X | 3,006,571.50 | 0.00 |
| A: TD BANKNORTH PO BOX 5600 LEWISTON, ME 04243 | | | **REAL PROPERTY LOCATED AT: 525 CLINTON AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 12** | | | | | |
| TD BANKNORTH 1000 MACARTHUR BLVD MAHWAH, NJ 07430 | | | **REAL PROPERTY LOCATED AT: 508 WAVERLY AVENUE BROOKLYN, NY  11238 SECTION 7, BLOCK 2011, LOT 38** | | | | | |
| MICHAEL LYNCH, ESQ. 462 SEVENTH AVENUE 12TH FLOOR NEW YORK, NY 10018 | | | **VALUE $17,200,000.00** | | | | | |
| JOHN OPPERMAN, ESQ. GENERAL COUNSEL, TD BANK PO BOX 9540 PORTLAND, MAINE 04112 | | | | | | | | |
| DANA WEDGE MAILSTOP ME089-21 TWO PORTLAND SQUARE PO BOX 9540 PORTLAND, MAINE 04112 | | | | | | | | |
| KEVIN CAHILL C/O COMMERCIAL REALTY RESOLUTION 131 JERICHO TURNPIKE JERICHO, NY 11753 | | | | | | | | |
| NOTE:    FIRST MORTGAGE | | | | | | | | |

4      continuation sheets
        attached

Subtotal  ➤
(Total of this page)

$  3,006,571.50  $              0.00

Total  ➤
(Use only on last page)

$                          $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  CLINTON COURT DEVELOPMENT LLC                    ,          Case No. _____
                        Debtor                                                          (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. __004000110167739002__ | X | | Mortgage | | | X | 4,248,520.12 | 0.00 |
| B: TD BANKNORTH PO BOX 5600 LEWISTON, ME 04243 <br><br> TD BANKNORTH 1000 MACARTHUR BLVD MAHWAH, NJ 07430 <br><br> MICHAEL LYNCH, ESQ. 462 SEVENTH AVENUE 12TH FLOOR NEW YORK, NY 10018 <br><br> JOHN OPPERMAN, ESQ. GENERAL COUNSEL, TD BANK PO BOX 9540 PORTLAND, MAINE 04112 <br><br> DANA WEDGE MAILSTOP ME089-21 TWO PORTLAND SQUARE PO BOX 9540 PORTLAND, MAINE 04112 | | | REAL PROPERTY LOCATED AT: 525 CLINTON AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 12 REAL PROPERTY LOCATED AT: 508 WAVERLY AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 38 <br><br> VALUE $17,200,000.00 | | | | | |
| NOTE:   SECOND MORTGAGE | | | | | | | | |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $  4,248,520.12 | $          0.00 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **CLINTON COURT DEVELOPMENT LLC**                                      ,       Case No. _____

_____

Debtor                                                                                     (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  004000110167730003 | X | | **Mortgage** | | | X | 9,873,853.83 | 0.00 |
| C: TD BANKNORTH PO BOX 5600 LEWISTON, ME 04243 | | | **REAL PROPERTY LOCATED AT: 525 CLINTON AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 12** | | | | | |
| MICHAEL LYNCH, ESQ. 462 SEVENTH AVENUE 12TH FLOOR NEW YORK, NY 10018 | | | **REAL PROPERTY LOCATED AT: 508 WAVERLY AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 38** | | | | | |
| JOHN OPPERMAN, ESQ. GENERAL COUNSEL, TD BANK PO BOX 9540 PORTLAND, MAINE 04112 | | | **VALUE $17,200,000.00** | | | | | |
| DANA WEDGE MAILSTOP ME089-21 TWO PORTLAND SQUARE PO BOX 9540 PORTLAND, MAINE 04112 | | | | | | | | |
| TD BANKNORTH 1000 MACARTHUR BLVD MAHWAH, NJ 07430 | | | | | | | | |
| NOTE:   THIRD MORTGAGE | | | | | | | | |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $  9,873,853.83 | $          0.00 |
| $ | $ |

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re __CLINTON COURT DEVELOPMENT LLC__ ,     Case No. _____

                   Debtor                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet) .

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  004000110167730002 | X | | **Mortgage**<br>**REAL PROPERTY LOCATED AT:**<br>**525 CLINTON AVENUE**<br>**BROOKLYN, NY 11238**<br>**SECTION 7, BLOCK 2011, LOT 12**<br>**REAL PROPERTY LOCATED AT:**<br>**508 WAVERLY AVENUE**<br>**BROOKLYN, NY 11238**<br>**SECTION 7, BLOCK 2011, LOT 38** | | | X | 25,121,970.52 | 25,064,514.55 |
| **D: TD BANKNORTH**<br>**PO BOX 5600**<br>**LEWISTON, ME 04243**<br><br>**TD BANKNORTH**<br>**1000 MACARTHUR BLVD**<br>**MAHWAH, NJ 07430**<br><br>**MICHAEL LYNCH, ESQ.**<br>**462 SEVENTH AVENUE**<br>**12TH FLOOR**<br>**NEW YORK, NY 10018**<br><br>**JOHN OPPERMAN, ESQ.**<br>**GENERAL COUNSEL, TD BANK**<br>**PO BOX 9540**<br>**PORTLAND, MAINE 04112**<br><br>**DANA WEDGE**<br>**MAILSTOP ME089-21**<br>**TWO PORTLAND SQUARE**<br>**PO BOX 9540**<br>**PORTLAND, MAINE 04112** | | | **VALUE $17,200,000.00** | | | | | |
| NOTE:    FOURTH MORTGAGE.  CLAIM AMOUNT IS AS SET FORTH IN JUDGMENT OF FORECLOSURE AND SALE. | | | | | | | | |
| ACCOUNT NO. | | | **REAL PROPERTY LOCATED AT:**<br>**508 WAVERLY AVENUE**<br>**BROOKLYN, NY 11238**<br>**SECTION 7, BLOCK 2011, LOT 38** | | | X | 316.29 | 0.00 |
| **NEW YORK CITY DEPT. OF FINANCE**<br>**CORRESPONDENCE UNIT**<br>**ONE CENTRE STREET**<br>**22ND FLOOR**<br>**NEW YORK, NY 10007** | | | **VALUE $500,000.00** | | | | | |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢<br>(Total of this page)

Total ➢<br>(Use only on last page)

$ 25,122,286.81 | $25,064,514.55

$ | $

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  CLINTON COURT DEVELOPMENT LLC_____,    Case No. _____

                    Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Statutory Lien | | | X | 2,282.58 | 0.00 |
| NEW YORK CITY DEPT. OF FINANCE CORRESPONDENCE UNIT ONE CENTRE STREET 22ND FLOOR NEW YORK, NY  10007 | | | REAL PROPERTY LOCATED AT: 525 CLINTON AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 12 | | | | | |
| | | | VALUE $16,700,000.00 | | | | | |
| ACCOUNT NO. | | | Statutory Lien | | | | 10,999.73 | 0.00 |
| NYC WATER BOARD PO BOX 410 CHURCH STREET STATION NEW YORK, NY  10008 | | | REAL PROPERTY LOCATED AT: 508 WAVERLY AVENUE BROOKLYN, NY 11238 SECTION 7, BLOCK 2011, LOT 38 | | | | | |
| | | | VALUE $500,000.00 | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $      13,282.31 | $      0.00 |
| $ 42,264,514.57 | $5,064,514.55 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **CLINTON COURT DEVELOPMENT LLC** _____     Case No. _____
                                    Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re  CLINTON COURT DEVELOPMENT LLC                    Case No. _____
                                                                        (If known)
          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>US ATTORNEY<br>ONE ST. ANDREWS PLAZA<br>CLAIMS UNIT-ROOM 417<br>NEW YORK, NY 10004 | | | FOR NOTICE PURPOSES ONLY | | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>NEW YORK CITY DEPT OF TAX AND FINANCE<br>345 ADAMS STREET, 3RD FLOOR<br>ATTN: LEGAL AFFAIRS<br>BROOKLYN, NY 11201-3719 | | | FOR NOTICE PURPOSES ONLY | | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>NEW YORK STATE DEPARTMENT OF FINANC<br>BANKRUPTCY/SPECIAL PROCEDURES SECT<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300 | | | FOR NOTICE PURPOSES ONLY | | | X | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>NYS UNEMPLOYMENT INS FUND<br>P.O. BOX 551<br>ALBANY, NY 12201 | | | FOR NOTICE PURPOSES ONLY | | | X | 0.00 | 0.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals><br>(Totals of this page) | $  0.00 | $  0.00 | $  0.00 |
| Total  ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  0.00 | | |
| Total  ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $  0.00 | $  0.00 |

In re   CLINTON COURT DEVELOPMENT LLC                     Case No. _____
                    Debtor                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> A.D. STEEL EQUIPMENT CO. <br> 11-35 31ST DRIVE <br> LONG ISLAND CITY, NY  11106 | | | | | | | 13,210.00 |
| ACCOUNT NO. <br> ABRAHAM WEISS <br> 3442 BEDFORD AVENUE <br> BROOKLYN, NY 11210 | | | | | | | 3,026,039.00 |
| ACCOUNT NO. <br> ADVANCED INSTALLATION AND SALES INC. <br> 1240 NORTH PIERCE AVENUE <br> NORTH BELLMORE, NY  11710 | | | | | | | 37,000.00 |
| ACCOUNT NO. <br> ALBA USA CONSTRUCTION INC. <br> 55 OLD TURNPIKE ROAD # 602 <br> NANUET, NY  10354 | | | | | | | 35,000.00 |
| ACCOUNT NO. <br> ANDREW S. CONTRACTING, INC, <br> 3 MARLBORO STREET <br> MORGANVILLE, NJ 07751 | | | MECHANICS LIEN | | | | 65,784.77 |

        8   Continuation sheets attached

                                                           Subtotal ➤ $        3,177,033.77

                                                           Total ➤ $

                              (Use only on last page of the completed Schedule F.)
                      (Report also on Summary of Schedules and, if applicable on the Statistical
                              Summary of Certain Liabilities and Related Data.)

In re  CLINTON COURT DEVELOPMENT LLC

Case No. _____

Debtor

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 183,956.74 |
| ATLANTIC HOISTING & SCAFFOLDING 330 N. HENRY STREET BROOKLYN, NY 11222 | | | MECHANICS LIEN | | | | |
| ACCOUNT NO. | | | | | | | 11,073.42 |
| ATLAS MARBLE & GRANITE, LLC 139 AVENUE L NEWARK, NJ 07105 | | | MECHANICS LIEN | | | | |
| ACCOUNT NO. | | | | | | | 14,947.41 |
| B MOORE DESIGNS 385 ATLANTIC AVENUE BROOKLYN, NY 11217 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 0.00 |
| BELL TOWER ENTERPRISE 67-03 EIGTH AVENUE BROOKLYN, NY 11220 | | | FOR NOTICE PURPOSES ONLY | | | | |
| ACCOUNT NO. | | | | | | | 9,102.68 |
| CERTIFIED LUMBER CORP. 470 KENT AVENUE BROOKLYN, NY 11211 | | | | | | | |

Sheet no. 1 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 219,080.25

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    CLINTON COURT DEVELOPMENT LLC            Case No. _____
_____
                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CREATIVE SOLDIER<br>1801 AVE. OF THE STARS<br>CENTURY CITY, CA 90067 | | | | | | | 17,000.00 |
| ACCOUNT NO.<br><br>ENTEK ENGINEERINGPLLC<br>200 BROADWAY<br>TROY, NY 12180 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>GLICKMAN ENGINEERING ASSOCIATES PLLC<br>545 8TH AVENUE<br>NEW YORK, NY 10018 | | | | | | | 19,248.12 |
| ACCOUNT NO.<br><br>HIGHRISE HOISTING & SCAFFOLDING<br>25-20 BORDEN AVENUE - 2ND FLOOR<br>LONG ISLAND CITY, NY 11001 | | | FOR NOTICE PURPOSES ONLY | | | X | 0.00 |

Sheet no. _2_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $              36,248.12

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>CLINTON COURT DEVELOPMENT LLC</u>               Case No. _____
                         **Debtor**                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ISLAND PLUMBING SUPPLY**<br>**1956 MCDONALD AVENUE**<br>**BROOKLYN, NY 11223**<br><br><br>**GUTMAN WEISS**<br>**ATTN: ALAN WEISS, ESQ.**<br>**2276 65TH STREET, 2ND FL.**<br>**BROOKLYN, NY 11204** | | | MECHANICS LIEN | | | X | 298,592.00 |
| ACCOUNT NO.<br><br>**IVAN MATUTE**<br>**C/O H. BRUCE FISCHER, ESQ.**<br>**45 ROCKEFELLER PLAZA**<br>**SUITE 2916**<br>**NEW YORK, NY 10111** | | | | | | X | UNKNOWN |
| ACCOUNT NO.<br><br>**KONE INC.**<br>**1 KONE COURT**<br>**MOLINE, IL 61265** | | | MECHANICS LIEN | | | X | 0.00 |
| ACCOUNT NO.<br><br>**LIBERTY CONTRACTING CORP.**<br>**2531 94TH STREET**<br>**NORTH BERGEN, NJ 07047** | | | | | | | 3,938.00 |

Sheet no. <u>3</u> of <u>8</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $        302,530.00

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __CLINTON COURT DEVELOPMENT LLC_____     Case No. _____
                          Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LIEBERTS ROYAL GREEN APPLIANCES CENTER <br> 228 EAST POST ROAD <br> WHITE PLAINS, NY 10601 | | | | | | | 25,304.87 |
| ACCOUNT NO. <br><br> LOIS M. ROSENBLATT <br> C/O SULLIVAN PAPAIN BLOCK <br> ATTN: LIA MILGRIM, ESQ. <br> 120 BROADWAY <br> NEW YORK, NY 10271 | | | FOR NOTICE PURPOSES ONLY | | | X | 0.00 |
| ACCOUNT NO. <br><br> LONG ISLAND CONCRETE INC. <br> 31-31 48TH AVENUE <br> LONG ISLAND CITY, NY 11101 <br><br><br> DANIEL E. KATZ, ESQ. <br> BAUMAN KATZ & GRILL <br> 28 WEST 44TH STREET, STE 900 <br> NEW YORK, NY 10036 | | | MECHANICS LIEN | | | X | 2,500,000.00 |
| ACCOUNT NO. <br><br> LUXAIRE HVAC SERVICES, INC. <br> 830A ATLANTIC AVE. <br> BALDWIN, NY 11510 <br><br><br> LUXAIRE HVAC SERVICES <br> C/O MYRON G. JACOBSON, ESQ. <br> 197 MERRICK ROAD <br> LYNBROOK, NY 11563 | | | MECHANICS LIEN | | | X | 60,000.00 |

Sheet no. _4_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        2,585,304.87

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>CLINTON COURT DEVELOPMENT LLC</u>
                          Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MICHAELS ELECTRIC SUPPLY CORP.<br>465 MERRICK ROAD<br>LYNBROOK, NY 11563 | | | MECHANICS LIEN | | | X | 0.00 |
| ACCOUNT NO.<br><br>MIDWOOD FLOORING INC.<br>279 AVENUE O<br>BROOKLYN, NY 11230 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>MY PLUMBER INC.<br>6709 NEW UTRECTH AVE<br>BROOKLYN, NY 11219 | | | FOR NOTICE PURPOSES ONLY | | | X | 0.00 |
| ACCOUNT NO.<br><br>NATIONAL GRID<br>1 METROTECH CENTER<br>BROOKLYN, NY 11201 | | | | | | | 504.91 |
| ACCOUNT NO.<br><br>NLM TILE INC.<br>1053 DAHILL RD.<br>BROOKLYN, NY 11204 | | | | | | | 80,000.00 |

Sheet no. <u>5</u> of <u>8</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 80,504.91

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   <u>CLINTON COURT DEVELOPMENT LLC</u>      Case No. _____
                          Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NYC BUILDINGS DEPARTMENT <br> 280 BROADWAY, 3RD FLOOR <br> NEW YORK, NY 10007 | | | | | | | 7,500.00 |
| ACCOUNT NO. <br><br> NYC ENVIRONMENTAL CONTROL BOARD <br> 66 JOHN STREET, 10TH FLR. <br> NEW YORK, NY 10038 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> PETER CATENA <br> 6709 UTRECHT AVE <br> BROOKLYN, NY 11219 | | | FOR NOTICE PURPOSES ONLY | | | | 0.00 |
| ACCOUNT NO. <br><br> RELIABLE ELECTRIC CORP. <br> 41 CLINTON AVENUE <br> BROOKLYN, NY 11205 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> ROBERT JACOBS <br> 141-59 73RD TERRACE <br> FLUSHING, NY 11367 | | | | | | | 1,000,000.00 |

Sheet no. <u>6</u> of <u>8</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal ➢ $      1,007,500.00

                                         Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>CLINTON COURT DEVELOPMENT LLC</u>,
               Debtor

Case No. _____
            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ROCKLAND CUSTOM FURNITURE INC. <br> 382 RT. 59 SUITE #348 <br> MONSEY, NY 10952 | | | | | | | 15,000.00 |
| ACCOUNT NO. <br><br> ROYAL PAK SYSTEMS INC. <br> 206 PARK STREET <br> HACKENSACK, NJ 07602 | | | | | | | 3,250.50 |
| ACCOUNT NO. <br><br> SOIL MECHANICS DRILLING CORP. <br> 3770 MERRICK RD. <br> SEAFORD, NY 11783 | | | | | | | 1,000.35 |
| ACCOUNT NO. <br><br> SUBSTANCE INC. <br> 755 E. 134TH STREET <br> BRONX, NY 10454 | | | | | | | 48,272.88 |
| ACCOUNT NO. <br><br> THE OFFICE OF SIMON FOULADIAN <br> 164 STANTON STREET <br> SUITE 2-A <br> NEW YORK, NY 10002 | | | | | | | 0.00 |

Sheet no. <u>7</u> of <u>8</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤  $       67,523.73

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   CLINTON COURT DEVELOPMENT LLC
_____
                    Debtor

Case No. _____
                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 106,650.00 |
| TOTAL SAFETY CONSULTING LLC 33 WASHINGTON STREET JERSEY CITY, NJ 07302 | | | MECHANICS LIEN | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| TROUTMAN SANDERS LLP 405 LEXINGTON AVENUE NEW YORK, NY 10174 | | | | | | | |
| ACCOUNT NO. | | | | | | | 260,000.00 |
| Y&L NY INTERIORS INC. 1053 DAHILL RD BROOKLYN, NY 11204 | | | | | | | |

Sheet no. _8_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $   366,650.00

Total ➤ $   7,842,375.65

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: __CLINTON COURT DEVELOPMENT LLC__ _____, Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **CLINTON COURT DEVELOPMENT LLC** _____,  Case No. _____
                          Debtor                                              (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ABRAHAM WEISS**<br>**3442 BEDFORD AVENUE**<br>**BROOKLYN, NY 11210**<br><br>**DAVID WEISS**<br>**72-28 136TH ST.**<br>**FLUSHING, NY 11367**<br><br>**JONATHAN JACOBS**<br>**86 BAYEAU ROAD**<br>**NEW ROCHELLE, NY 10804**<br><br>**ROBERT JACOBS**<br>**141-59 73RD TERRACE**<br>**FLUSHING, NY 11367** | **A: TD BANKNORTH**<br>**PO BOX 5600**<br>**LEWISTON, ME 04243** |
| **ABRAHAM WEISS**<br>**3442 BEDFORD AVENUE**<br>**BROOKLYN, NY 11210**<br><br>**DAVID WEISS**<br>**72-28 136TH STREET**<br>**FLUSHING, NY 11367**<br><br>**JONATHAN JACOBS**<br>**86 BAYEAU ROAD**<br>**NEW ROCHELLE, NY 10804**<br><br>**ROBERT JACOBS**<br>**141-59 73RD TERRACE**<br>**FLUSHING, NY 11367** | **B: TD BANKNORTH**<br>**PO BOX 5600**<br>**LEWISTON, ME 04243** |
| **ABRAHAM WEISS**<br>**3442 BEDFORD AVENUE**<br>**BROOKLYN, NY  11210**<br><br>**DAVID WEISS**<br>**72-28 136TH ST.**<br>**FLUSHING, NY 11367**<br><br>**JONATHAN JACOBS**<br>**86 BAYEAU ROAD**<br>**NEW ROCHELLE, NY 10804**<br><br>**ROBERT JACOBS**<br>**141-59 73RD TERRACE**<br>**FLUSHING, NY  11367** | **C: TD BANKNORTH**<br>**PO BOX 5600**<br>**LEWISTON, ME 04243** |
| **ABRAHAM WEISS**<br>**3442 BEDFORD AVENUE**<br>**BROOKLYN, NY 11210**<br><br>**DAVID WEISS**<br>**72-28 136TH ST.**<br>**FLUSHING, NY 11367** | **D: TD BANKNORTH**<br>**PO BOX 5600**<br>**LEWISTON, ME 04243** |

In re: CLINTON COURT DEVELOPMENT LLC
Debtor

Case No. _____
(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JONATHAN JACOBS<br>86 BAYEAU ROAD<br>NEW ROCHELLE, NY 10804<br><br>ROBERT JACOBS<br>141-59 73RD TERRACE<br>FLUSHING, NY 11367 | D: TD BANKNORTH<br>PO BOX 5600<br>LEWISTON, ME 04243 |

In re  CLINTON COURT DEVELOPMENT LLC _____          Case No. _____
                                    Debtor                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **DAVID WEISS**, the **MANAGER** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22_____ sheets *(Total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _10/5/11_____          Signature: _____

                                           DAVID WEISS MANAGER
                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## Southern District of New York

In re: CLINTON COURT DEVELOPMENT LLC

Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **ABRAHAM WEISS 3442 BEDFORD AVENUE BROOKLYN, NY 11210** | | | **50% MEMBER** |
| **ROBERT JACOBS 141-59 73RD TERRACE FLUSHING, NY 11367** | | | **50% MEMBER** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **DAVID WEISS, MANAGER** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 10/5/11

DAVID WEISS, MANAGER, CLINTON COURT DEVELOPMENT LLC

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                              Chapter 11

**CLINTON COURT DEVELOPMENT, LLC,**                 Case No.:

                        Debtor.
-------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-3

**DAVID WEISS** affirms as follows:

1.      I am a manager of **CLINTON COURT DEVELOPMENT LLC** (the "Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this Affirmation on behalf of the Debtor.

2.      The Debtor owns the real property located at 525 Clinton Avenue, Brooklyn, New York 11238, which property is a thirteen-story mixed use building, and 508 Waverly Avenue, Brooklyn, New York 11238, which property is a two-story commercial building and the Debtor's principal assets.

3.      No pre-petition committee was organized prior to the Order for relief.

4.      The Debtor's Secured Creditors are as set forth on Schedule D annexed to the Debtor's Voluntary Petition.

5.      The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this Affirmation.

6.     To the best of my knowledge, the only suits or proceedings pending against the

Petitioner are as set forth in the response to question #4 of the Debtor's Statement of

Financial Affairs annexed to the Debtor's Voluntary Petition.

7.     Pursuant to an order entered in the foreclosure action commenced by TD Bank,

N.A. against the Debtor captioned: <u>TD Bank, N.A. vs. Clinton Court Development LLC</u>, *et*

*al.*, Index No. 7567/2009, pending in the Supreme Court of the State of New York, Kings

County, a receiver has been appointed for both of the Debtor's properties.

8.     The purpose of filing this petition is to preserve the assets of the Debtor for the

benefit of the creditors and equity holders, and to preserve priorities of creditors.

9.     The estimated amount of payroll due to the Debtor's employees, excluding

officers, for a period of thirty days following the filing of the petition is $-0-.  No salaries are

currently being paid to Debtor's officers.

10.    The Debtor's operating expenses for the next 30 days are estimated as follows:

| | |
|---|---|
| *Utilities* | *$5,000* |
| *Security* | *$4,000* |
| *Insurance* | *$2,000* |
| *Misc. (Supplies & Repairs)* | *$   500* |

11.    The Debtor's financial difficulties were caused by, amongst other things, the

general economic climate; TD Bank, N.A. placing the loans into work-out while the Debtor

was current with its mortgage payments; and a lack of sales which together resulted in the

Debtor's eventual default in its obligations to TD Bank, N.A. and thereafter the entry of a foreclosure judgment against the Debtor in the pending foreclosure proceeding.

12.     The Debtor has made no public offering of its securities and no securities issued by the Debtor are publicly held.


**Dated:** New York, New York
        October 5, 2011


_____
**DAVID WEISS, Manager**

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re: __CLINTON COURT DEVELOPMENT LLC_____,     Case No. _____
                                         Debtor                                   (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| TD BANK N.A. V. CLINTON COURT DEVELOPMENT LLC, ET AL. 7567/09 | FORECLOSURE | SUPREME COURT STATE OF NEW YORK COUNTY OF KINGS | PENDING |
| LUXAIRE HVAC SERVICES V. CLINTON COURT ET AL. AND MY PLUMBER INC, PETER CETENA, ET AL. 12386/2011 | | SUPREME COURT KINGS COUNTY | PENDING |
| LOIS M. ROSENBLATT, PUBLIC ADMINISTRATOR OF QUEENS COUNTY ET AL V. CLINTON COURT DEVELOPMENT LLC ET AL 1438/2010 | CIVIL | SUPREME KINGS COUNTY | DISPOSED |
| IVAN MATUTE V. CLINTON COURT DEVELOPMENT LLC 17028/2008 | CIVIL | SUPREME QUEENS | PENDING |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **KEVIN CAHILL, RECEIVER 131 JERICHO TURNPIKE SUITE 106 JERICHO, NY 11753** | **TD BANK V. CLINTON COURT DEVELOPMENT LLC 7567/09** | | **525 CLINTON AVENUE 508 WAVERLY AVENUE BROOKLYN, NY** |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
❑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| ROBINSON BROG LEINWAND ET AL 875 THIRD AVENUE NEW YORK, NY 10022 | | $25,000 RETAINER $1,039 FILING FEE |

## 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None

☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TD BANK** | **BUSINESS CORE CHECKING 6955 $0** | **3/15/11 $0** |

## 12.  Safe deposit boxes

None

☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None

☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None

☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16.  Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18. Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☑

b.        Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

### 19. Books, records and financial statements

None
☑

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
☑

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
❑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

DEBTOR

None
☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

### 20. Inventories

None
☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|------|------|------|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| | | |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| ABRAHAM WEISS 3442 BEDFORD AVENUE BROOKLYN, NY 11210 | MEMBER | 50% |
| ROBERT JACOBS 242-59 73RD TERRACE FLUSHING, NY 11367 | MEMBER | 50% |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| | | |

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| | | |

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| | |

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  10/5/11       Signature

**DAVID WEISS, MANAGER**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**United States Bankruptcy Court**
**Southern District of New York**

In re  CLINTON COURT DEVELOPMENT LLC                                , Case No. _____

Debtor                                Chapter  11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| D: TD BANKNORTH<br>PO BOX 5600<br>LEWISTON, ME 04243 | | Mortgage | DISPUTED | $25,064,514.55<br><br>SECURED VALUE:<br>$17,200,000.00 |
| ABRAHAM WEISS<br>3442 BEDFORD AVENUE<br>BROOKLYN, NY 11210 | | | | $3,026,039.00 |
| LONG ISLAND CONCRETE INC.<br>31-31 48TH AVENUE<br>LONG ISLAND CITY, NY 11101 | | | DISPUTED | $2,500,000.00<br><br>$0.00 |
| ROBERT JACOBS<br>141-59 73RD TERRACE<br>FLUSHING, NY 11367 | | | | $1,000,000.00 |
| ISLAND PLUMBING SUPPLY<br>1956 MCDONALD AVENUE<br>BROOKLYN, NY 11223 | | | DISPUTED | $298,592.00 |
| Y&L NY INTERIORS INC.<br>1053 DAHILL RD<br>BROOKLYN, NY 11204 | | | | $260,000.00 |

In re  CLINTON COURT DEVELOPMENT LLC _____ ,  Case No. _____
                          Debtor                                    Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ATLANTIC HOISTING & SCAFFOLDING<br>330 N. HENRY STREET<br>BROOKLYN, NY 11222 | | | | $183,956.74 |
| TOTAL SAFETY CONSULTING LLC<br>33 WASHINGTON STREET<br>JERSEY CITY, NJ 07302 | | | | $106,650.00 |
| NLM TILE INC.<br>1053 DAHILL RD.<br>BROOKLYN, NY 11204 | | | | $80,000.00 |
| ANDREW S. CONTRACTING, INC,<br>3 MARLBORO STREET<br>MORGANVILLE, NJ 07751 | | | | $65,784.77 |
| LUXAIRE HVAC SERVICES, INC.<br>830A ATLANTIC AVE.<br>BALDWIN, NY 11510 | | | DISPUTED | $60,000.00 |
| SUBSTANCE INC.<br>755 E. 134TH STREET<br>BRONX, NY 10454 | | | | $48,272.88 |

In re  CLINTON COURT DEVELOPMENT LLC _____,     Case No. _____

_____
Debtor

Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ADVANCED INSTALLATION AND SALES INC.<br>1240 NORTH PIERCE AVENUE<br>NORTH BELLMORE, NY 11710 | | | | $37,000.00 |
| ALBA USA CONSTRUCTION INC.<br>55 OLD TURNPIKE ROAD # 602<br>NANUET, NY 10354 | | | | $35,000.00 |
| LIEBERTS ROYAL GREEN APPLIANCES CENTER<br>228 EAST POST ROAD<br>WHITE PLAINS, NY 10601 | | | | $25,304.87 |
| GLICKMAN ENGINEERING ASSOCIATES PLLC<br>545 8TH AVENUE<br>NEW YORK, NY 10018 | | | | $19,248.12 |
| CREATIVE SOLDIER<br>1801 AVE. OF THE STARS<br>CENTURY CITY, CA 90067 | | | | $17,000.00 |
| ROCKLAND CUSTOM FURNITURE INC.<br>382 RT. 59 SUITE #348<br>MONSEY, NY 10952 | | | | $15,000.00 |

In re  CLINTON COURT DEVELOPMENT LLC                              ,   Case No. _____

                                    Debtor                              Chapter   11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| B MOORE DESIGNS<br>385 ATLANTIC AVENUE<br>BROOKLYN, NY 11217 | | | | $14,947.41 |
| A.D. STEEL EQUIPMENT CO.<br>11-35 31ST DRIVE<br>LONG ISLAND CITY, NY 11106 | | | | $13,210.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, DAVID WEISS, MANAGER of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  10/5/11                                    Signature: _____

                                                            **DAVID WEISS ,MANAGER**
                                                            (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re:      CLINTON COURT DEVELOPMENT LLC

Case No. _____

Chapter      **11**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept        $        25,000.00

   Prior to the filing of this statement I have received        $        25,000.00

   Balance Due        $        0.00

2. The source of compensation paid to me was:

   ☒  Debtor        ☐  Other (specify)

3. The source of compensation to be paid to me is:

   ☐  Debtor        ☐  Other (specify)

4. ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
         a petition in bankruptcy;

   b)    Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)    [Other provisions as needed]
         **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated: _10/5/11_____

_____

**ROBERT R. LEINWAND, Bar No.**

**ROBINSON BROG LEINWAND GREENE ET AL.**
Attorney for Debtor(s)

# United States Bankruptcy Court
## Southern District of New York

In re  **CLINTON COURT DEVELOPMENT LLC**                    Case No.

Debtor.                                                      Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **CLINTON COURT DEVELOPMENT LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                   **% of Shares Owned**

**None**

OR,

____**X**____ There are no entities to report.

By: _____

**ROBERT R. LEINWAND**
Signature of Attorney

Counsel for   **CLINTON COURT DEVELOPMENT LLC**

Bar no.:

Address.:     **ROBINSON BROG LEINWAND GREENE ET AL.**
              **875 THIRD AVENUE**
              **9TH FLOOR**
              **NEW YORK, NY**
              **10022**

Telephone No.: **212-603-6300**

Fax No.:

E-mail address: **RRL@ROBINSONBROG.COM**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: CLINTON COURT DEVELOPMENT LLC

Case No. _____

Debtor

Chapter 11 _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **8** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 10/5/11

Signed: _____
DAVID WEISS

Signed: _____
ROBERT R. LEINWAND
Attorney for Debtor(s)
Bar no.:
ROBINSON BROG LEINWAND GREENE ET AL.
875 THIRD AVENUE
9TH FLOOR
NEW YORK, NY
10022
Telephone No.: 212-603-6300
Fax No.:
E-mail address: RRL@ROBINSONBROG.COM

```
ROBERT JACOBS
141-59 73RD TERRACE
FLUSHING, NY 11367


234 STARR STREET, LLC
234 STARR STREET
BROOKLYN, NEW YORK 11237


A.D. STEEL EQUIPMENT CO.
11-35 31ST DRIVE
LONG ISLAND CITY, NY  11106


B: TD BANKNORTH
PO BOX 5600
LEWISTON, ME 04243


ABRAHAM WEISS
3442 BEDFORD AVENUE
BROOKLYN, NY 11210


ABRAHAM WEISS
3442 BEDFORD AVENUE
BROOKLYN, NY  11210


ADVANCED INSTALLATION AND SALES INC
1240 NORTH PIERCE AVENUE
NORTH BELLMORE, NY  11710


ALBA USA CONSTRUCTION INC.
55 OLD TURNPIKE ROAD # 602
NANUET, NY  10354


ANDREW S. CONTRACTING, INC,
3 MARLBORO STREET
MORGANVILLE, NJ 07751
```

ATLANTIC HOISTING & SCAFFOLDING
330 N. HENRY STREET
BROOKLYN, NY 11222


ATLAS MARBLE & GRANITE, LLC
139 AVENUE L
NEWARK, NJ 07105


D: TD BANKNORTH
PO BOX 5600
LEWISTON, ME 04243


BELL TOWER ENTERPRISE
67-03 EIGTH AVENUE
BROOKLYN, NY 11220


CERTIFIED LUMBER CORP.
470 KENT AVENUE
BROOKLYN, NY 11211


CREATIVE SOLDIER
1801 AVE. OF THE STARS
CENTURY CITY, CA 90067


C: TD BANKNORTH
PO BOX 5600
LEWISTON, ME 04243


DANA WEDGE
MAILSTOP ME089-21
TWO PORTLAND SQUARE
PO BOX 9540
PORTLAND, MAINE 04112

DANA WEDGE
MAILSTOP ME089-21
TWO PORTLAND SQUARE
PO BOX 9540
PORTLAND, MAINE 04112

DANIEL E. KATZ, ESQ.
BAUMAN KATZ & GRILL
28 WEST 44TH STREET, STE 900
NEW YORK, NY 10036


DAVID WEISS
72-28 136TH ST.
FLUSHING, NY 11367


DAVID WEISS
72-28 136TH STREET
FLUSHING, NY 11367


ENTEK ENGINEERINGPLLC
200 BROADWAY
TROY, NY 12180


B MOORE DESIGNS
385 ATLANTIC AVENUE
BROOKLYN, NY  11217


GUTMAN WEISS
ATTN: ALAN WEISS, ESQ.
2276 65TH STREET, 2ND FL.
BROOKLYN, NY 11204


HIGHRISE HOISTING & SCAFFOLDING
25-20 BORDEN AVENUE - 2ND FLOOR
LONG ISLAND CITY, NY 11001


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


ISLAND PLUMBING SUPPLY
1956 MCDONALD AVENUE
BROOKLYN, NY  11223

IVAN MATUTE
C/O H. BRUCE FISCHER, ESQ.
45 ROCKEFELLER PLAZA
SUITE 2916
NEW YORK, NY 10111


JOHN OPPERMAN, ESQ.
GENERAL COUNSEL, TD BANK
PO BOX 9540
PORTLAND, MAINE 04112


JONATHAN JACOBS
86 BAYEAU ROAD
NEW ROCHELLE, NY 10804


KEVIN CAHILL
C/O COMMERCIAL REALTY RESOLUTION
131 JERICHO TURNPIKE
JERICHO, NY 11753


KONE INC.
1 KONE COURT
MOLINE, IL  61265


LIBERTY CONTRACTING CORP.
2531 94TH STREET
NORTH BERGEN, NJ  07047


LIEBERTS ROYAL GREEN APPLIANCES CEN
228 EAST POST ROAD
WHITE PLAINS, NY 10601


LOIS M. ROSENBLATT
C/O SULLIVAN PAPAIN BLOCK
ATTN: LIA MILGRIM, ESQ.
120 BROADWAY
NEW YORK, NY 10271


LONG ISLAND CONCRETE INC.
31-31 48TH AVENUE
LONG ISLAND CITY, NY 11101

LUXAIRE HVAC SERVICES
C/O MYRON G. JACOBSON, ESQ.
197 MERRICK ROAD
LYNBROOK, NY 11563


LUXAIRE HVAC SERVICES, INC.
830A ATLANTIC AVE.
BALDWIN, NY  11510


MICHAEL LYNCH, ESQ.
462 SEVENTH AVENUE
12TH FLOOR
NEW YORK, NY 10018


MICHAEL LYNCH, ESQ.
462 SEVENTH AVENUE
12TH FLOOR
NEW YORK, NY 10018


MICHAELS ELECTRIC SUPPLY CORP.
465 MERRICK ROAD
LYNBROOK, NY 11563


MIDWOOD FLOORING INC.
279 AVENUE O
BROOKLYN, NY  11230


MY PLUMBER INC.
6709 NEW UTRECTH AVE
BROOKLYN, NY 11219


NATIONAL GRID
1 METROTECH CENTER
BROOKLYN, NY  11201


NEW YORK CITY DEPT OF TAX AND FINAN
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS
BROOKLYN, NY 11201-3719

```
NEW YORK CITY DEPT. OF FINANCE
CORRESPONDENCE UNIT
ONE CENTRE STREET
22ND FLOOR
NEW YORK, NY  10007


NEW YORK CITY DEPT. OF FINANCE
CORRESPONDENCE UNIT
ONE CENTRE STREET
22ND FLOOR
NEW YORK, NY 10007


NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300


NLM TILE INC.
1053 DAHILL RD.
BROOKLYN, NY  11204


NYC BUILDINGS DEPARTMENT
280 BROADWAY, 3RD FLOOR
NEW YORK, NY  10007


NYC ENVIRONMENTAL CONTROL BOARD
66 JOHN STREET, 10TH FLR.
NEW YORK, NY 10038


NYC WATER BOARD
PO BOX 410
CHURCH STREET STATION
NEW YORK, NY  10008


NYS UNEMPLOYMENT INS FUND
P.O. BOX 551
ALBANY, NY 12201


PETER CATENA
6709 UTRECHT AVE
BROOKLYN, NY 11219
```

RELIABLE ELECTRIC CORP.
41  CLINTON AVENUE
BROOKLYN, NY 11205


ROBERT JACOBS
141-59 73RD TERRACE
FLUSHING, NY 11367


ROBERT JACOBS
141-59 73RD TERRACE
FLUSHING, NY  11367


ROCKLAND CUSTOM FURNITURE INC.
382 RT. 59 SUITE #348
MONSEY, NY  10952


ROYAL PAK SYSTEMS INC.
206 PARK STREET
HACKENSACK, NJ 07602


GLICKMAN ENGINEERING ASSOCIATES PLL
545 8TH AVENUE
NEW YORK, NY 10018


SOIL MECHANICS DRILLING CORP.
3770 MERRICK RD.
 SEAFORD, NY  11783


SUBSTANCE INC.
755 E. 134TH STREET
BRONX, NY  10454


A: TD BANKNORTH
PO BOX 5600
LEWISTON, ME 04243

TD BANKNORTH
1000 MACARTHUR BLVD
MAHWAH, NJ 07430


THE OFFICE OF SIMON FOULADIAN
164 STANTON STREET
SUITE 2-A
NEW YORK, NY  10002


TOTAL SAFETY CONSULTING LLC
33 WASHINGTON STREET
JERSEY CITY, NJ 07302


TROUTMAN SANDERS LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174


US ATTORNEY
ONE ST. ANDREWS PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10004


Y&L NY INTERIORS INC.
1053 DAHILL RD
BROOKLYN, NY  11204